ROSENBLOOM *v.* VIRGINIA.

No. 366. Decided June 12, 1967.

*Seymour Horwitz* and *Melvin L. Wulf* for petitioner.
*James B. Wilkinson* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Supreme Court of Appeals of Virginia is reversed. *Sunshine Book Co.* v. *Summerfield,* 355 U. S. 372.

MR. JUSTICE HARLAN adheres to the views expressed in his separate opinions in *Roth* v. *United States,* 354 U. S. 476, 496, and *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, and on the basis of the reasoning set forth therein would affirm.